**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYNGOC NGUYEN,              )<br>                             )<br>          Plaintiff,        )<br>                             )<br>     v.                      )<br>                             )<br>CAROLYN W. COLVIN, Acting    )<br>Commissioner, Social Security)<br>Adminstration,               )<br>                             )<br>          Defendant.         )<br>_____) | No. SACV 12-0730-CW<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: May 13, 2013

_____
               CARLA M. WOEHRLE
      United States Magistrate Judge